ORIGINAL

Bingham McCutchen LLP
WENDY M. LAZERSON (SBN 97285)
wendy.lazerson@bingham.com
ELIZABETH CARROLL (SBN 234751)
betsy.carroll@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

E-filing

FILED
08 JUL 24 PM 1:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 3553 MEJ

| | |
|---|---|
| TINA BUSTILLOS,<br><br>    Plaintiff,<br>v.<br><br>BIMBO BAKERIES USA, INC. and DOES 1 to 20,<br><br>    Defendant. | No. _____<br><br>DEFENDANT BIMBO BAKERIES USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Complaint Filed:  June 6, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Bimbo Bakeries USA, Inc. is a wholly-owned subsidiary of BBU, Inc.
- Tecebim, S.A. de C.V. owns 99.74 percent of BBU, Inc.

DATED: July 24, 2008          Bingham McCutchen LLP

                              By: _____
                                  Wendy M. Lazerson
                                  Attorneys for Defendant
                                  Bimbo Bakeries USA, Inc.

A/72597478.2/3003187-0000333807

DEFENDANT BIMBO BAKERIES USA, INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS