ORIGINAL

1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   1900 University Avenue
4  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
5  Facsimile: 650.849.4800

FILED
08 JUL 24 PM 1:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

6  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.
7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11  TINA BUSTILLOS,                          CV 08     3553
12           Plaintiff,                      PROOF OF SERVICE    MEJ
13       v.
                                             Complaint Filed: June 6, 2008
14  BIMBO BAKERIES USA, INC. and DOES 1 to
    20,
15
             Defendant.
16

A/72605806.1

28
                            PROOF OF SERVICE

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am a citizen of the United States, over 18 years of age, not a party to this action |
| 3 | and employed in the County of San Mateo, California at 1900 University Avenue, East Palo |
| 4 | Alto, California 94303-2223. |
| 5 | Today I served the attached: |
| 6 | CIVIL COVER SHEET; |
| 7 | DEFENDANT BIMBO BAKERIES USA, INC.'S CORPORATE DISCLOSURE STATEMENT; |
| 8 | |
| 9 | DEFENDANT BIMBO BAKERIES USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| 10 | by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with |
| 11 | all fees fully paid, addressed as follows: |
| 12 | Jeffery D. Trowbridge, Esq. |
| 13 | Attorney at Law<br>180 Grand Avenue, Suite 1550 |
| 14 | Oakland, CA 94612 |
| 15 | I declare that I am employed in the office of a member of the bar of this court at |
| 16 | whose direction the service was made and that this declaration was executed on July 24, 2008. |
| 17 | |
| 18 | _____<br>Suga A. Ikeda |

A/72605806.1                                          1

PROOF OF SERVICE

PROOF OF SERVICE ON ATTORNEY'S OFFICE
BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On July 24, 2008, I personally delivered a copy(ies) of the following document(s):

CIVIL COVER SHEET;

DEFENDANT BIMBO BAKERIES USA, INC.'S CORPORATE DISCLOSURE STATEMENT;

DEFENDANT BIMBO BAKERIES USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☒ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

Jeffery D. Trowbridge, Esq.
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA  94612

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 24, 2008.

*Ananda Paul Bouganim* (signature)

A/72605806.1

2

PROOF OF SERVICE