ORIGINAL

1   Bingham McCutchen LLP
    WENDY M. LAZERSON (SBN 97285)
2   wendy.lazerson@bingham.com
    ELIZABETH CARROLL (SBN 234751)
3   betsy.carroll@bingham.com
    1900 University Avenue
4   East Palo Alto, CA 94303-2223
    Telephone: 650.849.4400
5   Facsimile: 650.849.4800

6   Attorneys for Defendant
    BIMBO BAKERIES USA, INC.
7

**FILED**

05 JUL 24 PM 2: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION
10

11

12  TINA BUSTILLOS,                              No. CV08-3553 MEJ

13          Plaintiff,                           CERTIFICATE OF SERVICE OF
                                                 NOTICE TO ADVERSE PARTY OF
        v.                                       REMOVAL TO FEDERAL COURT

14  BIMBO BAKERIES USA, INC. and DOES 1 to
    20,                                          Complaint Filed:    June 6, 2008
15

16          Defendant.

17

18          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19          PLEASE TAKE NOTICE that on July 24, 2008, Defendant Bimbo Bakeries

20  USA, Inc. filed with the Superior Court of California, County of San Francisco, and served on

21  the adverse party in this action, Plaintiff Tina Bustillos, a Notice to Adverse Party of Removal to

22  Federal Court Pursuant to 28 U.S.C. Sections 1331, 1332, 1441, and 1446. A true and correct

23  copy of the Notice to Adverse Party of Removal to Federal Court Pursuant to 28 U.S.C. Sections

24  1331, 1332, 1441, and 1446 is attached hereto, along with a Proof of Service to Plaintiffs.

    DATED: July 24, 2008                  Bingham McCutchen LLP
25

26                                        By:_____
                                                 Wendy M. Lazerson
27                                               Attorneys for Defendant
                                                 BIMBO BAKERIES USA, INC.
28
    A/72597348.2/3003187-0000333807

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT