**ORIGINAL**

1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303-2223
   Telephone: 650.849.4400
5  Facsimile: 650.849.4800

6  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.

7

FILED

08 JUL 24 PM 2:41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BUSTILLOS,<br><br>        Plaintiff,<br><br>   v.<br><br>BIMBO BAKERIES USA, INC. and DOES 1 to 20,<br><br>        Defendant. | No. CV08 3553 MEJ<br><br>PROOF OF SERVICE<br><br>Complaint Filed: June 6, 2008 |

A/72605806.1

PROOF OF SERVICE

|     |     |
| --- | --- |
| 1   | PROOF OF SERVICE |
| 2   | I am a citizen of the United States, over 18 years of age, not a party to this action |
| 3   | and employed in the County of San Mateo, California at 1900 University Avenue, East Palo |
| 4   | Alto, California 94303-2223. |
| 5   | Today I served the attached: |
| 6   | NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT; |
| 7   |     |
| 8   | CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| 9   | by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with |
| 10  | all fees fully paid, addressed as follows: |
| 11  | Jeffery D. Trowbridge, Esq. |
| 12  | Attorney at Law<br>180 Grand Avenue, Suite 1550 |
| 13  | Oakland, CA 94612 |
| 14  | I declare that I am employed in the office of a member of the bar of this court at |
| 15  | whose direction the service was made and that this declaration was executed on July 24, 2008. |
| 16  |     |
| 17  | _Suga A. Ikeda_ |
| 18  |     |
| ... | |
| 28  |     |

A/72605806.1                               1

PROOF OF SERVICE

PROOF OF SERVICE ON ATTORNEY'S OFFICE
BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On July 24, 2008, I personally delivered a copy(ies) of the following document(s):

NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT;

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☒ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

Jeffery D. Trowbridge, Esq.
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 24, 2008.

*Amanda Paul Bouganim*

A/72605806.1                                2

PROOF OF SERVICE