1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   1900 University Avenue
4  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
5  Facsimile: 650.849.4800

6  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BUSTILLOS,<br><br>        Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC. and DOES 1 to 20,<br><br>        Defendant. | No. CV08-3553 MEJ<br><br>PROOF OF SERVICE<br><br>Complaint Filed: June 6, 2008 |

A/72605806.1

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223.

Today I served the attached:

U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with all fees fully paid, addressed as follows:

Jeffery D. Trowbridge, Esq.
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 24, 2008.

_____
Suga A. Ikeda

A/72605806.1

1

PROOF OF SERVICE

PROOF OF SERVICE ON ATTORNEY'S OFFICE
BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On July 24, 2008, I personally delivered a copy(ies) of the following document(s):

U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☒ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

Jeffery D. Trowbridge, Esq.
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA  94612

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 24, 2008.

*ANANDA PAUL BOUGANIM* (signature)
Ananda Bouganim

A/72605806.1

2

PROOF OF SERVICE