IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Bimbo Bakeries FLSA Actions

NO. C 05-00829 JW
NO. C 08-3553 MEJ

**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO NOT RELATE CASES**

_____/

Presently before the Court is Defendants' Administrative Motion to Consider Whether Cases Should be Related. (hereafter, "Motion," Docket Item No. 395.) Defendants contend that this action is not related under Civil Local Rule 3-12 to another action pending in the Northern District of California, Bustillos v. Bimbo Bakeries USA, Inc., Case No. 08-3553 MEJ. Pursuant to the requirements of Local Rule 3-12, Defendants filed this Motion upon learning that this action may be related to the Bustillos action.

Cases are considered related when "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication and labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). This action is a putative class action based on wage and hour claims under the Fair Labor Standards Act. The Bustillos action does contain wage and hour claims, but also involves gender and disability discrimination, harassment, and retaliation claims that are not made by the putative class in this case. Further, the Bustillos wage and hour claims are factually tied to the individualized circumstances surrounding the plaintiff's discrimination claims.

1  In addition, counsel for Defendants contacted counsel for Plaintiffs in this action, as well as
2 counsel for the plaintiff in the <u>Bustillos</u> action.  Neither objected to Defendants' Motion, either in
3 conversations with defense counsel, or in the form of a filed opposition with the Court.  (Declaration
4 of Wendy Lazerson in Support of Defendants' Administrative Motion to Consider Whether Cases
5 Should Be Related ¶¶ 17-18, Docket Item No. 396.)  Accordingly, the Court finds that these cases
6 are not related under Local Rule 3-12.

7  The Court GRANTS Defendants' motion to not relate this action with the <u>Bustillos</u> action.

9 Dated:  September 19, 2008                                  *James Ware*
10                                                              JAMES WARE
                                                               United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com
3  Elizabeth Jean Carroll betsy.carroll@bingham.com
Joseph J. Gigliotti gigliottilaw@msn.com
4  Joseph J. Gigliotti gigliottilaw@msn.com
Katherine J. Odenbreit kjodenbreit@class-action-attorneys.com
5  Kristen Pezone kristen.pezone@bingham.com
Michael James Walsh michaeljwalshesq@aol.com
6  Michael Scott Langford mklangford@aol.com
Rebecca Sobie rsobie@smbhblaw.com
7  Robert Ira Spiro ira@spiromoss.com
Rudolfo Ginez ginez@sbcglobal.net
8  Rudolfo Ginez ginez@sbcglobal.net
Wendy M. Lazerson wendy.lazerson@bingham.com

12  **Dated:  September 19, 2008**          **Richard W. Wieking, Clerk**

         **By:      /s/ JW Chambers**
                 **Elizabeth Garcia**
                 **Courtroom Deputy**