JEFFERY D. TROWBRIDGE, Bar No. 100390
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Telephone: (510) 893-5300
Facsimile: (510) 832-7228

Attorney for Plaintiff,
TINA BUSTILLOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BUSTILLOS, | Case No. C 08-03553 SI |
| Plaintiff, | STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| vs. | |
| BIMBO BAKERIES, USA, INC., and DOES 1 to 20, | Current Date: 11/14/08<br>Time: 2:00 p.m.<br>Courtroom: 10 (19th Floor)<br>Judge: Hon. Susan Illston |
| Defendants. | |
| | Requested Date: 12/5/08 |
| _____/ | Complaint Filed: 6/6/08<br>Trial Date: None Set |

     The parties to the above-entitled action stipulate, at the request of plaintiff's attorney, Jeffery D. Trowbridge (based upon a calendaring conflict, i.e., a long set settlement conference in a matter pending in the San Francisco County Superior Court), and subject to the approval of the Court, to reschedule the initial Case Management Conference from November 14, 2008, to December 5, 2008, at 2:00 p.m., in Courtroom 10.

     Dated: October 22, 2008

BINGHAM McCUTCHEN, LLP     LAW OFFICES OF
                                        JEFFERY D. TROWBRIDGE

/s/ Wendy M. Lazerson           /s/ Jeffery D. Trowbridge
WENDY M. LAZERSON,         JEFFERY D. TROWBRIDGE,
Attorney for Defendant, BIMBO   Attorney for Plaintiff,
BAKERIES USA, INC.                TINA BUSTILLOS

1

1 [PROPOSED] ORDER

2 IT IS ORDERED that the initial Case Management Conference is rescheduled from
3 November 14, 2008, at 2:00 p.m., to December 5, 2008, at 2:00 p.m., in Courtroom 10.
4 Dated:_____

_____
THE HONORABLE SUSAN ILLSTON

2