IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2   TINA BUSTILLOS,                                        No. C 08-03553 SI

3                   Plaintiff,                              **PRETRIAL PREPARATION ORDER**

4        v.

5   BIMBO BAKERIES USA INC.,

6                   Defendant.
                                                    /

7

8        It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

9   FURTHER CASE MANAGEMENT: February 6, 2009 at  2:30 p.m.
    Counsel *must* file a joint case management statement seven days in advance of the conference.

10  DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

11  NON-EXPERT DISCOVERY CUTOFF is April 10, 2009.

12  DESIGNATION OF EXPERTS: 6/30/09; REBUTTAL: 7/10/09.
            Parties **SHALL** conform to Rule 26(a)(2).

13

14  EXPERT DISCOVERY CUTOFF is July 24, 2009.

15  DISPOSITIVE MOTIONS **SHALL** be filed by May 8, 2009;

16        Opp. Due May 22, 2009;  Reply Due May 29, 2009;

17         and set for hearing no later than June 12, 2009 at 9:00 AM.

18  PRETRIAL CONFERENCE DATE: September 29, 2009 at 3:30 PM.

19  JURY TRIAL DATE: October 13, 2009 at 8:30 AM.,
            Courtroom 10, 19th floor.

20  TRIAL LENGTH is estimated to be __ days.

21  SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
    n/a

22

23  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case,
    including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to
    serve a copy of this order on any party subsequently joined in this action.

24

25

26  Dated:                                        _____
                                                   SUSAN ILLSTON
27                                                 United States District Judge

28