**JEFFERY D. TROWBRIDGE, Bar No. 100390**
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Telephone: (510) 893-5300
Facsimile: (510) 832-7228

Attorney for Plaintiff,
TINA BUSTILLOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BUSTILLOS, | Case No. C 08-03553 SI |
| Plaintiff, | STIPULATION TO FILING OF FIRST AMENDED COMPLAINT [AND PROPOSED ORDER] |
| vs. | |
| BIMBO BAKERIES, USA, INC., and DOES 1 to 20, | |
| Defendants. | Complaint Filed: 6/6/08<br>Trial Date: 10/13/09 |

The parties to the above-entitled action stipulate, at the request of plaintiff's attorney, Jeffery D. Trowbridge, to the filing by plaintiff of a First Amended Complaint dated January 16, 2009, in the form attached hereto. The parties further stipulate that defendant's answer to the previous complaint may be deemed to be its answer to the First Amended Complaint, but that, if defendant deems it appropriate, in accordance with Northern District Civil Local Rule 10-1, defendant may, within 15 days after filing of the First Amended Complaint, file an amended answer or an amendment to its answer that reproduces its initial answer and pleads

//
//
//
//
//

1

additional affirmative defenses pertaining to the First Amended Complaint.

Dated: February 2, 2009

| BINGHAM McCUTCHEN, LLP | LAW OFFICES OF JEFFERY D. TROWBRIDGE |
|---|---|
| /s/ Betsy Carroll<br>BETSY CARROLL,<br>Attorney for Defendant, BIMBO<br>BAKERIES USA, INC. | /s/ Jeffery D. Trowbridge<br>JEFFERY D. TROWBRIDGE,<br>Attorney for Plaintiff,<br>TINA BUSTILLOS |

[PROPOSED] ORDER

IT IS ORDERED that plaintiff may file the attached First Amended Complaint, that defendant's answer to the previous complaint is deemed to be its answer to the First Amended Complaint, but that, if defendant deems it appropriate, in accordance with Northern District Civil Local Rule 10-1, defendant may file, within 15 days after filing of the First Amended Complaint, an amended answer or an amendment to its answer that reproduces its initial answer and pleads additional affirmative defenses pertaining to the First Amended Complaint.

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON