JEFFERY D. TROWBRIDGE, Bar No. 100390
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Telephone: (510) 893-5300
Facsimile: (510) 832-7228

Attorney for Plaintiff,
TINA BUSTILLOS

BINGHAM McCUTCHEN LLP
WENDY M. LAZERSON, Bar No. 97285
CARLOS P. MINO, Bar No. 247022
1900 University Avenue
East Palo Alto, CA 94303-2223

Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorney for Defendant,
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BUSTILLOS,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., and DOES 1 to 20,<br><br>Defendants. | Case No. C 08-03553 SI<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: 6/6/08<br>Trial Date: 10/13/09 |

Plaintiff and defendant, pursuant to an agreed resolution of this action, file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Tina Bustillos. Defendant is Bimbo Bakeries, USA, Inc.

2. On June 6, 2008, plaintiff filed this action.

3. Plaintiff moves to dismiss the lawsuit.

4. Defendant, which has served an answer and a motion for summary judgment, agrees to the dismissal.

5. This case is not a class action.

1

6. A receiver has not been appointed in this case.

7. Except as otherwise agreed by and between the parties, each party is to bear her or its own costs and attorneys' fees with regard to this action.

8. The dismissal is with prejudice to refiling.

Dated: September 24, 2009

BINGHAM McCUTCHEN, LLP

_____
WENDY M. LAZERSON,
Attorney for Defendant, BIMBO
BAKERIES USA, INC.

LAW OFFICES OF
JEFFERY D. TROWBRIDGE

_____
JEFFERY D. TROWBRIDGE,
Attorney for Plaintiff,
TINA BUSTILLOS

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the above-captioned action is dismissed with prejudice.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON

2